UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA POWERS,

    Plaintiff,

v.

CHASE BANK USA, N.A.,

    Defendant.

_____/

Case No. 12-10351

Honorable Nancy G. Edmunds

## JUDGMENT

The Court having reviewed the pleadings in this matter and being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion to dismiss is hereby GRANTED, and the case is DISMISSED.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated:  May 30, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 30, 2012, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager